# Exhibit A

# IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**STATEMENT OF CLAIM**

(File in Duplicate Plus One For Each Defendant)

**DIVISION**
- [x] CIVIL
- [ ] DISTRICTS
- [ ] OTHER

**CASE NUMBER:** 25104145 SP 05

**SECTION NO:** CC04

**PLAINTIFF**
Johannes L de Koning
7744 Collins Ave, Apt 15
Miami Beach, FL 33141

**VS.   DEFENDANT(S)**
TransUnion LLC
555 W. Adams Street
Chicago, IL 60661

**CLOCK IN**

FILED FOR RECORD
CIVIL DIVISION
CLOCKED IN ERROR

The Plaintiff sues the Defendant for money owed Plaintiff by Defendant; and which is past due and unpaid; for (As marked (x) below):

Address:

Phone Number:

- [ ] Good, wares and merchandise sold by plaintiff, to defendant;
- [ ] Work done and materials furnished by plaintiff, to defendant;
- [ ] Money lent by plaintiff to the defendant which is due and payable;
- [ ] Money due to plaintiff upon accounts stated and agreed to between the
- [ ] On a written instrument, copy of which is attached hereto;
- [ ] Rent for certain premises in Miami-Dade County, Florida, VIZ;
- [x] Other (Explain)
- [ ] Any additional facts in connection with any of the above:

175

FILED
JUN 16 2025
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

(USE ADDITIONAL SHEET IF NECESSARY)

Violation of the Fair Credit Reporting Act (FCRA) for unlawful reinsertion of a deleted tradeline without notice (15 U.S.C. §1681i(a)(5)(B), §1681i(a)(6)(B)(iii)).

Where Plaintiff demands judgment in the sum of $ __2500__ together with court costs and any further costs which the Court may assess.

The Plaintiff, __Johannes L de Koning__ says the foregoing is a just and true statement of the amount owed by defendant to plaintiff, exclusive of all lawful setoffs, and that defendant has no lawful defenses which would preclude the collection of said amount.

Affiant states that the defendant(s) is/are not in the military service of the United States.

| Attorney/Plaintiff | Signature | Attorney's Bar No. |
|---|---|---|
| Johannes L de Koning | | |
| Address of Attorney/Plaintiff | | Telephone No. |
| 7744 Collins Ave, Apt 15, Miami Beach, FL, 33141 | | 305 929 3247 |

Email Address: jldekoninglegal@gmail.com

The foregoing instrument was acknowledged before me this __7th__ day of __June__, 20__25__ by __Johannes L de Koning__ who is personally known to me or who has produced __FL DL__ as identification and did [ ] / did not [x] take an oath.

SWORN TO AND SUBSCRIBED BEFORE ME this __7th__ day of __June__ 20__25__

**JUAN FERNANDEZ-BARQUIN**
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY
CIRCUIT AND COUNTY COURTS

Deputy Clerk

NOTARY PUBLIC, State of Florida
My Commission Expires: 06/15/2027

MATIAS EZEQUIEL VILLALBA
Notary Public - State of Florida
Commission # HH 411612
My Comm. Expires Jun 15, 2027
Bonded through National Notary Assn.

IMPORTANT: SEE REVERSE

| SERVICE OF PROCESS<br>☐ PROCESS SERVER<br>☐ SHERIFF<br>☐ MAIL | FILING FEE AMOUNT | RECEIPT NUMBER |
|---|---|---|

NOTE: If the claim is based upon a written document, a copy, or the material part thereof, shall be attached to the statement of claim.

## INSTRUCTION SHEET
### IMPORTANT

YOU MUST advise the Clerk, in writing, of any change in your mailing address.

If you are a DEFENDANT and fail to appear on the designated date, in person or by an attorney, a judgment may be entered against you.

Plaintiff(s) will not be entitled to a default or judgment in the absence of an affidavit regarding the defendant's military status in compliance with applicable law. This form, if sworn to, will meet the above requirements.

If you are a PLAINTIFF and fail to appear on the designated date, in person or by an attorney, this case may be dismissed for Want of Prosecution.

Any claim of the Defendant against the Plaintiff, arising out of the same transaction or occurrence which is the subject matter of plaintiff's claim, shall be filed not less than 5 days prior to the appearance date, or within such times as the Court designates. When a counterclaim or set-off exceeds the jurisdiction of the Court, it shall be filed in writing before or at the pretrial hearing, and the action shall then be transferred to the Court having jurisdiction thereof. As evidence of good faith, the counter-claimant shall deposit a sum sufficient to pay the filing fee in the Court to which the case is to be transferred with his counterclaim.

FAILURE TO MAKE THE DEPOSIT WAIVES THE RIGHT TO TRANSFER.

TRIAL BY JURY may be had upon written demand by Plaintiff made at the commencement of the action or by any defendant within 5 days after service of the notice to appear or at the Pretrial Conference. If the demand is not made, the right to trial by jury is waived.

If at any time in the proceedings a settlement is reached between the parties, this office should be notified in writing by the Plaintiff.

If you have any questions regarding procedures, this office will assist you. This office cannot furnish legal advice to you. Please consult your attorney for legal advice.

### CAUTION

A copy of any paper that you file at any time with the Clerk or Judge **MUST** be sent by you to each attorney appearing in the case, if any, or to all parties not represented by an attorney. You must set forth the date and to whom you sent the copy (or copies) of the paper filed, which would be followed by your signature.

## AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

DIVISION:

STATEMENT OF CLAIM

Plaintiff: Johannes L de Koning
Defendant: TransUnion LLC

INTRODUCTION & PARTIES

Plaintiff Johannes L de Koning ("Plaintiff") is a resident of Miami-Dade County, Florida. Defendant TransUnion LLC ("Defendant") is a consumer reporting agency doing business nationwide, including in the State of Florida.

JURISDICTION & VENUE

This is an action for damages that do not exceed $2,500, exclusive of costs. Venue is proper in this Court because the Plaintiff resides in Miami-Dade County, and the Defendant conducts business in Florida and is subject to jurisdiction herein.

FACTUAL BACKGROUND

Plaintiff previously disputed a tradeline with Defendant related to an OpenSky Secured Visa Credit Card account. As a result of the dispute, the account was deleted from Plaintiff's TransUnion credit file on May 5 2025.

However, on or about May 15 2025, Defendant reinserted the deleted tradeline without providing Plaintiff with notice of reinsertion within five (5) business days as required under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681i(a)(5)(B).

Additionally, Defendant failed to provide the Plaintiff with the required details regarding the data furnisher or method of verification under 15 U.S.C. § 1681i(a)(6)(B)(iii).

This reinsertion occurred without lawful notice, without Plaintiff's knowledge, and in a willful violation of federal law.

LEGAL VIOLATIONS

Defendant's conduct constitutes a willful and/or negligent violation of:

- FCRA § 611(a)(5)(B) — Failure to notify consumer of reinsertion
- FCRA § 611(a)(6)(B)(iii) — Failure to disclose method of verification or furnisher

RELIEF DEMANDED

WHEREFORE, Plaintiff respectfully demands judgment against Defendant for:

1. Immediate deletion of the reinserted tradeline from Plaintiff's credit file;
2. Statutory damages as allowed under the FCRA (15 U.S.C. § 1681n and/or § 1681o);
3. Actual damages (if proven);
4. Court filing fees and all related costs;
5. Any other relief the Court deems just and proper.

Respectfully submitted,

Johannes L de Koning
7744 Collins Ave, Apt 15
Miami, FL 33141
SSN (Last 4): 9177
DOB: 01/07/1984

Signed this 11 day of June, 2025.

Signature: _____
Johannes L de Koning

Exhibit A: Final notice letter

To: TransUnion LLC
P.O. Box 2000
Chester, PA 19016
Fax: (610) 546-4605

June 5, 2025

RE: FINAL LEGAL NOTICE – 7-DAY DEMAND FOR DELETION OF REINSERTED ACCOUNT

FCRA §611(a)(5)(B) & §611(a)(6)(B)(iii) Violation

To Whom it May Concern,

This letter serves as formal notice of a willful violation of the Fair Credit Reporting Act (FCRA) in connection with the reinsertion of a previously deleted tradeline on my TransUnion credit file: OpenSky Secured Visa Credit Card.

The tradeline was previously deleted as a result of a dispute, but has since been reinserted without any notice to me within the five business days required by FCRA §611(a)(5)(B). Furthermore, I received no disclosure of the method of verification or data furnisher as required under FCRA §611(a)(6)(B)(iii).

This reinsertion occurred without my knowledge, without proper notification, and without lawful basis — constituting a direct and willful violation of federal law.

I hereby demand the permanent and unconditional deletion of the reinserted OpenSky tradeline from my TransUnion credit report within seven (7) calendar days** of receipt of this notice, **no later than June 13, 2025.**

Failure to comply will result in immediate legal action, including:

- A formal complaint filed in small claims court for statutory and actual damages under the FCRA
- Additional filings with the Consumer Financial Protection Bureau (CFPB)
- Notification to the State Attorney General's office

I have enclosed documentation supporting this violation, including:

- Copy of government-issued ID

- Proof of current address

- Documentation of account deletion, reinsertion, and dispute results

- Certified mail and prior dispute confirmations

This letter serves as your final opportunity to correct this unlawful reinsertion. All communications are being documented and preserved for litigation.

Sincerely,

Johannes L de Koning
7744 Collins Ave, Apt 15
Miami, FL, 33141
SSN (Last 4): 9177
DOB: 01/07/1984

Enclosures:

- Copy of government-issued ID

- Proof of current address

- Documentation of account deletion, reinsertion, and dispute results

- Certified mail and prior dispute confirmations

Exhibit B - Proof of Delivery – Secure Email Portal Transunion Final Notice Letter

*Screenshot of Final notice delivery on Transunion Secure Email Portal*



*Screenshot as proof of multiple failed fax attempts over several days to Transunion*



# EXHIBIT C — TransUnion Dispute Results (Violation Summary)

Violations Identified:

- Violation 1: Reinserted deleted tradeline without notifying consumer within 5 business days (FCRA § 611(a)(5)(B))
- Violation 2: Failed to disclose method and source of verification after reinsertion (FCRA § 611(a)(6)(B)(iii))
- Violation 3: Used the same dispute File ID for both deletion and reinsertion events, undermining transparency and proper dispute tracking

## 1. Summary & Timeline

- April 17, 2025 – Dispute submitted to TransUnion (Ref ID: 000433983139)
- May 6, 2025 – TransUnion confirms deletion of OpenSky account
- May 21, 2025 – Plaintiff identifies reinsertion (TU report screenshot)
- May 21, 2025 – New dispute filed by Plaintiff regarding reinsertion
- May 31, 2025 – TransUnion responds with "Verified and Updated" status (Ref ID: 000433983139)
- No reinsertion notice ever received by Plaintiff between May 6–31, 2025

Same Ref ID # (000433983139) used for both disputes — blurring the audit trail, violating standard dispute tracking practices, and raising red flags under FCRA § 611.

## 2. Proof of Initial Deletion – May 5, 2025 (Ref ID: 000433983139)

**TransUnion**

# Your Dispute Results

Report Created On: 05/06/2025
File Identification Number: 000433983139
Provided by TransUnion Consumer Relations

## Your Investigation Results

**INVESTIGATION RESULTS - DELETED:** The disputed item(s) was removed from your credit report.

In response to your dispute, this item was DELETED from your credit report.

OPENSKY CAPITAL BANK NA
PO BOX 8130
RESTON, VA 20195

Feedback

We understand that recently something on your credit report did not seem right to you. We take this matter seriously and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documents, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided: OR

2. Determined that the information you disputed does not appear on your credit file or already shows the requested status: OR

3. Determined that the lender had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the lender's contact information: OR

4. Asked the lender reporting the information you disputed to do all of the following:

- Review relevant information we sent them, including any provided documents

- Investigate your dispute and verify whether the information they report is accurate

## 3. Proof of Reinsertion – May 21st, 2025

### Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current. Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

| Account Name | Account Number | Balance | Monthly Payment |
|---|---|---|---|
| < OPENSKY CAPITAL BANK NA | 462192200839**** | $0 | - - - |

#### Account Information

| | |
|---|---|
| Address | PO BOX 8130 RESTON, VA 20195 |
| Phone | (800) 859-6412 |
| Date Opened | 07/15/2021 |
| Responsibility | Individual Account |
| Account Type | Revolving Account |
| Loan Type | CREDIT CARD |
| Date Updated | 03/14/2025 |
| Payment Received | $0 |
| Last Payment Made | 02/15/2025 |
| High Balance | $577 |
| Credit Limit | $550 |
| Pay Status | Current Account |
| Terms | Paid Monthly |
| Date Paid | 02/15/2025 |

Payment History

Payment/Remarks Key ⓘ

| Date: | March 2023 | April 2023 | May 2023 | June 2023 | July 2 |

## 4. Proof of CFPB Complaint – May 21, 2025

**250521-20954568**
OPEN

Print complaint

### Submitted

We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:
- Send your complaint to the company for a response, or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office, or
- Let you know if we need more information to continue our work.

**STATUS**
Submitted to the CFPB on 5/21/2025

**PRODUCT**
Credit reporting or other personal consumer reports

**ISSUE**
Incorrect information on your report

### YOUR COMPLAINT

On May 6, 2025, I received confirmation that the OpenSky (Capital Bank) account had been deleted from my TransUnion report after a successful dispute. As of May 21, 2025, the account was reinserted without any FCRA 611(a)(5)(B) reinsertion notice. I did not receive written notification within 5 business days and no verification was provided to justify the reinsertion. This is a clear FCRA violation. I am requesting the immediate deletion of the reinserted account and written assurance that it will not reappear again without proper compliance.

View full complaint ⊕

**ATTACHMENTS**
Dispute Results Transunion - May 6th 2025.pdf (1.5 MB)

### Sent to company

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint. Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

**STATUS**
Sent to company on 5/21/2025

### Company still working

The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**STATUS**
Company response is in progress as of 5/22/2025

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow up with you within sixty (60) days from the date you submitted

# 5. Proof of Dispute Response "Verified" – May 31st, 2025 (Ref #00043398339)

**TransUnion** | Dispute

< Dispute Center

🖶 Print or Save

❓ FAQ's

**Investigation Results**

Summary of Rights

Credit Report Details

Report Created On: 05/31/2025
File Identification Number: 000433983139
Provided by TransUnion Consumer Relations

## Your Investigation Results

INVESTIGATION RESULTS - VERIFIED and UPDATED: The disputed item(s) was verified as belonging to you and information has changed or been updated to reflect recent activity.

We investigated this item, verified it belongs to you, and updated: **Date Updated: Maximum Delinquency; Rating: Payment Received.** Here is how this item appears on your credit report following our investigation.

OPENSKY CAPITAL BANK NA
PO BOX 8130
RESTON, VA 20195

> Account Details

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any

## 6. Contradictory Statement via Secure Email June 6th

**Same core File ID (000433983139)** was used across multiple disputes — including the April 17 and May 21 disput filings — without distinction or updated tracking. Even TransUnion's secure email dated **June 6th** (File ID: **433983139-28**) references this same base identifier. This blurs the audit trail, violates dispute tracking norms, and raises red flags under **FCRA § 611** regarding procedural safeguards and reinvestigation transparency.

#SECURE# Your TransUnion Request

From: TransUnion Consumer Relations
To: lennart.de.koning@gmail.com
Cc:
Sent: 6/6/2025 5:45:17 AM



Exhibit D: Proof Reinserted OpenSky account Transunion as per June 8th 2025

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current: Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

| Account Name | Account Number | Balance | Monthly Payment |
|---|---|---|---|
| < OPENSKY CAPITAL BANK NA | 4621922000839**** | $0 | - - - |

### Account Information

| | |
|---|---|
| Address | PO BOX 8130 RESTON, VA 20195 |
| Phone | (800) 859-6412 |
| Date Opened | 07/15/2021 |
| Responsibility | Individual Account |
| Account Type | Revolving Account |
| Loan Type | CREDIT CARD |
| Date Updated | 05/30/2025 |
| Payment Received | $324 |
| Last Payment Made | 02/15/2025 |
| High Balance | $577 |
| Credit Limit | $550 |
| Pay Status | Current Account |
| Terms | Paid Monthly |
| Date Paid | 02/15/2025 |

Payment History                              Payment/Remarks Key ⓘ

| Date: | August 2021 | September 2021 | October 2021 | November 2021 | Decembe |

**Exhibit E: Proof of Disputes, Timelines & Results (TransUnion)**

**Dispute References:**

- **Dispute #1:** Submitted April 17, 2025 → **Result: DELETED** (Completed May 21, 2025)
- **Dispute #2:** Submitted May 21, 2025 → **Result: VERIFIED** (Completed May 31, 2025)
  → *Note: Both disputes used the same File ID: 000433983139*

**Timeline Overview:**

- **May 6, 2025:** TransUnion confirms deletion of the OpenSky account
- **May 22, 2025:** Reinserted account confirmed on TU credit report screenshot
- **May 21, 2025:** Reinsertion dispute submitted
- **May 31, 2025:** Dispute marked "VERIFIED and UPDATED"
- **June 6, 2025:** TU emails Plaintiff claiming account "does not currently appear" on file — contradicting documented reinsertion

**Key Notes:**

- **Same File ID** (000433983139) used for both disputes — blurring the audit trail and undermining the integrity of TransUnion's FCRA compliance.
- **Contradictory follow-up** via secure email (June 6, 2025) claimed the account "does not currently appear" — despite documented reinsertion dated May 22.
- These inconsistencies raise red flags under **FCRA §611(a)(5)(B)** and **§611(a)(7)** due to lack of proper notice, tracking separation, and conflicting dispute outcomes.

Copy of ID (DL number redacted for privacy)



For identification only.

Current address as filed: 7744 Collins Ave, Apt 15, Miami Beach, FL 33141.

06-11-2025
Johannes L de Koning